# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### September 18, 2015

| CAAP–14–00 01344 | JL, In re | Affirmed |

### September 25, 2015

| CAAP–14–00 01150 | State v. Felix | Vacated and Remanded |

### September 28, 2015

| CAAP–13–00 00176 | State v. McDonald | Affirmed |

### September 30, 2015

| CAAP–12–00 01109 | Andrews v. Crime Victim Compensation Com'n | Affirmed |
| CAAP–14–00 00530 | Roberts v. State | Affirmed |
| CAAP–14–00 00041 | State v. Canales-Mendoza | Vacated and Remanded |
| CAAP–14–00 00932 | State v. Newberry | Affirmed |
| CAAP–12–00 00609 | State v. Olivas | Affirmed |
| CAAP–13–00 01117 | State v. Tachino | Vacated and Remanded |
| CAAP–14–00 01326 | State v. Visser | Affirmed |

### October 15, 2015

| CAAP–13–00 03146 | State v. Kuroiwa | Affirmed |